253 So.2d 217

**Leo SWINDLE**

v.

**MARYLAND CASUALTY COMPANY.**

**No. 51767.**

Oct. 18, 1971.

In re: Leo Swindle applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Helena. 251 So.2d 787.

Writ denied. Under the assignment of errors and on the facts found by the Court of Appeal there is no error of law.

253 So.2d 217

**George BELL et al.**

v.

**The AETNA CASUALTY AND SURETY COMPANY et al.**

**No. 51769.**

Oct. 18, 1971.

In re: George Bell and Jeanetta S. Bell applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 251 So.2d 521.

Application denied; on facts found by court of appeal, there is no error of law.